NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERABODY, INC.,**
*Appellant*

**v.**

**HYPERICE IP SUBCO, LLC,**
*Appellee*

---

2026-1949, 2026-1950

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. PGR2024-00053 and PGR2025-00013.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. The Certified Lists are due

no later than July 27, 2026.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 6, 2026
Date